```
                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                       September 2010 Grand Jury
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 10- **CR10 1052** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 641: Theft of Government Property] |
| TOYONNIE RICKY WOODLEY, SR., PAUL ANDRE BROOKS, and COLIN MICHAEL FRY, | ) | |
| Defendants. | ) | |

The Grand Jury charges:

[18 U.S.C. § 641]

Between on or about October 18, 2007, and October 22, 2007, in Los Angeles, Orange, and San Bernardino Counties, within the Central District of California, defendants TOYONNIE RICKY WOODLEY, SR., PAUL ANDRE BROOKS, and COLIN MICHAEL FRY knowingly

//
//
//
//
JOJ:joj

stole property of the United States, namely, approximately seven plasma television monitors, with a value greater than $1,000.

A TRUE BILL

/S/
_____
Foreperson

ANDRE BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section