SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
NADINE C. HETTLE (No. 149842)
Deputy Federal Public Defender
(E-mail: Nadine_Hettle@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4790
Facsimile (213) 894-0081

Attorneys for Defendant
TOYONNIE WOODLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOYONNIE WOODLEY,<br><br>Defendant. | NO. CR 10-1052-DMG<br><br>MOTION TO RELIEVE OFFICE OF THE FEDERAL PUBLIC DEFENDER AS COUNSEL OF RECORD |

Defendant Toyonnie Woodley, by and through his counsel of record Deputy Federal Public Defender Nadine C. Hettle, hereby files Motion to Relieve Office of the Federal Public Defender as Counsel of Record.

This motion is based upon all the files and records in this case and the attached Declaration of Counsel.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: June 27, 2011          By  /S/ Nadine C. Hettle
                                  NADINE C. HETTLE
                                  Deputy Federal Public Defender

## DECLARATION OF NADINE C. HETTLE

I, Nadine C. Hettle, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent TOYONNIE WOODLEY in the above-entitled action.

2. Mr. Woodley has indicated to me that he wishes to have me request the court to appoint new counsel on his behalf instead of the Office of the Federal Public Defender.

3. For the above reason, I am requesting that this court place this matter on calendar for a hearing regarding the appointment of new counsel as soon as possible as the trial in this matter is currently set for July 5, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 21, 2011

*/s/ Nadine C. Hettle*
NADINE C. HETTLE
Deputy Federal Public Defender